HOLLINGSWORTH, Appellant, v. SPECTATOR CO., Respondent. (No. 2.) (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John E. Hollingsworth against the Spectator Company. From an interlocutory judgment overruling plaintiff's demurrer to paragraphs 4 and 6 of defendant's answer, plaintiff appeals. Affirmed. Henry T. Fay, for appellant. Franklin Bartlett, for respondent.

PER CURIAM. For the reasons given in the opinion in Hollingsworth v. Spectator Co. (action No. 1, handed down herewith) 65 N. Y. Supp. 812, the interlocutory judgment should be affirmed, with costs.

HOLLINGSWORTH, Appellant, v. SPECTATOR CO., Respondent. (No. 3.) (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John E. Hollingsworth against the Spectator Company. From an interlocutory judgment overruling plaintiff's demurrer to paragraphs 3 and 7 of defendant's answer, plaintiff appeals. Affirmed. Henry T. Fay, for appellant. Franklin Bartlett, for respondent.

PER CURIAM. For the reasons given in the opinion in Hollingsworth v. Spectator Company (action No. 1, handed down herewith) 65 N. Y. Supp. 812, the interlocutory judgment should be affirmed, with costs.

HOLLINGSWORTH, Appellant, v. SPECTATOR CO., Respondent. (No. 6.) (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by John E. Hollingsworth against the Spectator Company. From an interlocutory judgment overruling the plaintiff's demurrer to paragraphs 4 and 6 of defendant's answer, plaintiff appeals. Affirmed. Henry T. Fay, for appellant. Franklin Bartlett, for respondent.

PER CURIAM. For the reasons given in the opinion in Hollingsworth v. Spectator Co. (action No. 1, handed down herewith) 65 N. Y. Supp. 812, the interlocutory judgment should be affirmed, with costs.

HOOLAHAN v. GOETZ et al. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by Anna Hoolahan, as administratrix, etc., against George Goetz and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied. See 65 N. Y. Supp. 1136.

In re HOWARD. (Supreme Court, Special Term, New York County. June 11, 1900.) In the matter of the liquor tax certificate of one Howard. Certificate revoked.

LEVENTRITT, J. It is quite apparent from the survey that the required number of consents within the prohibited distance has not been secured. Even could the respondent's erroneous claim of measurement be accepted, it would still remain that several of the improperly acknowledged consents necessary to make the requisite two-thirds have been obtained by fraud and misrepresentation, and must, therefore, be disregarded. The misstatements were willful and of material facts, and compel a revocation of the certificate. In re Kessler (N. Y. App.) 57 N. E. 402. The application is granted as of the date of the filing of the petition. In re Lyman, 28 Misc. Rep. 408, 59 N. Y. Supp. 968; Id., 48 App. Div. 275, 62 N. Y. Supp. 846.

HOWE, Respondent, v. HAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April Term, 1900.) Action by Lucien Howe against Thomas A. H. Hay. No opinion. Appeal dismissed, under general rule 39. See 62 N. Y. Supp. 1139.

HOWSE, Respondent, v. VAN SICKLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by Samuel H. Howse against Nancy Van Sickle, impleaded, etc.

PER CURIAM. Judgment of county court and of justice's court reversed, with costs, as to the appellant, Nancy Van Sickle. Held, that the evidence is insufficient to sustain the judgment as against the appellant.

HUBBARD et al., Respondents, v. HUBBARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by John L. Hubbard and Ann Frances Hubbard, his wife, against Samuel S. Hubbard and Lydia J. Hubbard, his wife, and others. No opinion. Order affirmed, with costs. See 41 N. Y. Supp. 1011.

HUTCHINSON et al. v. DOYLE et al. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Samuel Hutchinson and another against Michael Doyle and another. No opinion. Motion denied, with $10 costs.

IMPERIAL SHALE–BRICK CO. v. JEWETT. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by the Imperial Shale-Brick Company against Edgar B. Jewett. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 35.

ISELIN et al., Respondents, v. McKEON, Appellant. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by William E. Iselin and others against Patrick J. McKeon and another. C. E. Thornall, for appellant. E. Blumenstiel, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

JACOBS, Respondent, v. WEBER, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1900.) Action by Bernard Jacobs, as administrator, against Richard Weber. M. J. Earley, for appellant. H. L. Scheuerman, for respondent. No opinion. Judgment and order affirmed, with costs.

JENKINS et al., Respondents, v. HUMBOLDT LIBRARY, Appellant. (City Court of New York, General Term. October 29, 1900.) Action by Henry C. Jenkins and an-